IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FAULKNER WATER HAULING, LLC**                                    **PLAINTIFF**

v.                           Case No. 4:10-cv-115-DPM

**CHESAPEAKE EXPLORATION, LLC,**
**and CHESAPEAKE OPERATING, INC.**                              **DEFENDANTS**

JUDGMENT

Faulkner Water Hauling's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 June 2011